UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW SATOVSKY,

        Plaintiff,                          Civil Action No. 21-cv-10075

v                                             HON. MARK A. GOLDSMITH

VENUS ET FLEUR LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff has filed a notice of voluntary dismissal with the Court (Dkt. 7). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendant has not yet served an answer or motion for summary judgment, the Court hereby orders the instant action dismissed without prejudice.

        SO ORDERED.

Dated: March 22, 2021                           s/Mark A. Goldsmith
       Detroit, Michigan                      MARK A. GOLDSMITH
                                                       United States District Judge